# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**MIRIAM G. EHRISMAN,**

      **Plaintiff,**

**vs.**                                          **CASE NO. 1:08CV47-MP/AK**

**MICHAEL J. ASTRUE,**

      **Defendants.**

_____/

## O R D E R

Presently before the Court is Defendant's Motion for Enlargement of Time.  (Doc. 14).  Having considered said motion, which is unopposed, it is **GRANTED**, and Defendant shall have through **October 23, 3008**, to file a responsive memorandum.

**DONE AND ORDERED** this  **_23rd_**  day of September, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**