IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MIRIAM G. EHRISMAN,**

    **Plaintiff,**

**vs.**                                      **CASE NO. 1:08CV47-MP/AK**

**MICHAEL J. ASTRUE,**

    **Defendants.**

_____/

## O R D E R

Presently before the Court is Defendant's Second Motion for Enlargement of Time. (Doc. 16). Having considered said motion, which is unopposed, it is **GRANTED**, and Defendant shall have through **November 27, 2008**, to file a responsive memorandum.

**DONE AND ORDERED** this   **27**[th] day of October, 2008.

                                                 _s/ A. KORNBLUM_
                                                 **ALLAN KORNBLUM**
                                                 **UNITED STATES MAGISTRATE JUDGE**